# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NORTH CENTRAL TEXAS COLLEGE | § | |
| | § | |
| v. | § | Case No. 4:10cv37 |
| | § | (Judge Schneider/ Judge Mazzant) |
| CRANDALL DESIGN GROUP, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Cuthbertson Mechanical Engineers' First Amended Motion for Summary Judgment (Dkt. #89) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Cuthbertson Mechanical Engineers' First Amended Motion for Summary Judgment (Dkt. #89) is DENIED at this time.

**It is SO ORDERED.**

**SIGNED this 15th day of September, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE